EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2017 TSPR 205 <br><br> 198 DPR ____ |

Número del Caso: EC-2016-01

Fecha: 29 de diciembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comisión para el Estudio y                    EC-2016-01
Evaluación de la Función
Notarial en Puerto Rico

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2017.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), con la encomienda de actualizar las recomendaciones contenidas en el *Informe de la Comisión para el Estudio y Evaluación de la Función Notarial de 2010*. Para completar esta encomienda se otorgó un término de seis meses. *In re Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico*, EC-2016-01, Resolución de 14 de diciembre de 2016, 197 DPR 1 (2016).

Por conducto de su Presidente y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 22 de noviembre de 2017 la Comisión Notarial presentó una moción para la extensión del término originalmente concedido. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la interrupción de los trabajos provocada por los huracanes Irma y María y las complicaciones que este último fenómeno atmosférico acarreó sobre el calendario de trabajo de la Comisión Notarial y de cada miembro en su carácter individual.

También se detalló la complejidad de los temas objeto de estudio y discusión. La Comisión Notarial incluyó un recuento preciso de los trabajos realizados hasta el momento y el calendario para atender las gestiones aún pendientes. Igualmente reiteró su interés y compromiso genuino de cumplir con sus encomiendas a satisfacción de este Tribunal.

Examinada la petición presentada, otorgamos una extensión al término originalmente provisto hasta el 22 de junio de 2018.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros de la Comisión Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                                    Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo